MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
  Office of the General Counsel
  Social Security Administration
  6401 Security Boulevard
  Baltimore, Maryland 21235
  Telephone: (510) 970-4822
  E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN NAHRIN ROBIN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | No.  2:25-cv-00001-CKD<br><br>STIPULATION FOR EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF; ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for summary judgment be extended from May 12, 2025 to June 11, 2025.  This is Defendant's first request for an extension of time to respond to Plaintiff's brief.  Defendant respectfully requests this additional time because undersigned counsel currently has six district court briefs due on between May 12 and May 19, and needs additional time.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before June 11, 2025;

1    • Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on

2        or before June 25, 2025).

3

4

5                                          Respectfully submitted,

6

7    DATE: May 1, 2025                      */s/ Francesco Paulo Benavides*  *
                                            FRANCESCO PAULO BENAVIDES
8                                           Attorney for Plaintiff
                                            (* approved via email on 5/1/25)

9
                                            MICHELE BECKWITH
10                                          Acting United States Attorney

11   DATE: May1, 2025            By   *s/ Marcelo Illarmo*
                                            MARCELO ILLARMO
12                                          Special Assistant United States Attorney

13                                          Attorneys for Defendant

14

15

16                                          ORDER

17

18   APPROVED AND SO ORDERED.

19   Dated:  May 2, 2025

20                                          _____
                                            CAROLYN K. DELANEY
21                                          UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28